Trudy Hanson Fouser, ISB No. 2794
Julianne S. Hall, ISB No. 8076
**GJORDING & FOUSER, PLLC**
509 W. Hays Street
P.O. Box 2837
Boise, Idaho 83701
Telephone: (208) 336-9777
Fax Number: (208) 336-9177
E-Mail: tfouser@g-g.com

*Attorneys for Defendants Larry W. Ralston, Katrina Ralston, Capitol Building Company, LLC, and Yellowstone, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>LARRY W. RALSTON and KATRINA RALSTON, husband and wife; JOHN MCBRIDE and KASEY MCBRIDE, husband and wife; CAPITOL BUILDING COMPANY, LLC, an Idaho limited liability company; YELLOWSTONE HOMEOWNERS ASSOCIATION, INC., an Idaho Corporation' YELLOWSTONE, LLC, and Idaho limited liability company,<br><br>Defendants. | Case No. 09-CV-00326-BLW<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR FILING A RESPONSIVE PLEADING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

In light of the parties ongoing settlement negotiations, the parties, by and through their respective counsel, hereby Stipulate that deadline for Defendants' Opposition to Plaintiff's Motion for Summary Judgment on Counts One through Four of Plaintiff's Third Amended Complaint is hereby extended for one week until October 4, 2010.

STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR FILING A RESPONSIVE
PLEADING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, P. 1

Fax sent by : 5094582717          WITHERSPOON KELLEY          09-27-10 16:18   Pg: 3/4

DATED this ___ day of September, 2010.

                            WITHERSPOON KELLEY

                            /s/ _____
                            Michael L. Loft
                            *Attorneys for Sterling Savings Bank*


DATED this 27th day of September, 2010.

                            GJORDING & FOUSER, PLLC

                            /s/ _____
                            Trudy Hanson Fouser
                            *Attorneys for Defendants Larry W. Ralston,*
                            *Katrina Ralston, Capitol Building Company,*
                            *LLC, and Yellowstone, LLC*

STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR FILING A RESPONSIVE
PLEADING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, P. 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of September, 2010, I electronically filed the foregoing STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR FILING A RESPONSIVE PLEADING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Kimbell D. Gourley  
TROUT, JONES, GLEDHILL, FUHRMAN, GOURLEY, P.A.  
225 N 9th St Ste 820  
PO Box 1097  
Boise ID 83701  
*Attorneys for Yellowstone Homeowners Association, Inc.*

[ ] Hand Delivery  
[ ] Federal Express  
[ ] Via Facsimile  
[x] Via E-mail

Joseph M. Meier  
COSHO HUMPHREY, LLP  
800 Park blvd Ste 790  
Boise ID 83712  
*Attorneys for John and Kasey McBride*

[ ] Hand Delivery  
[ ] Federal Express  
[ ] Via Facsimile  
[x] Via E-mail

/s/ Julianne Hall for  
Trudy Hanson Fouser

STIPULATION TO EXTEND DEFENDANTS' DEADLINE FOR FILING A RESPONSIVE PLEADING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, P. 3