**Trudy Hanson Fouser, ISB No. 2794**
**Julianne S. Hall, ISB No. 8076**
**GJORDING & FOUSER, PLLC**
509 W. Hays Street
P.O. Box 2837
Boise, Idaho 83701
Telephone: (208) 336-9777
Fax Number: (208) 336-9177
E-Mail: tfouser@g-g.com

*Attorneys for Defendants Larry W. Ralston, Katrina Ralston, Capitol Building Company, LLC, and Yellowstone, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington state-chartered bank,<br><br>Plaintiff,<br><br>v.<br><br>LARRY W. RALSTON and KATRINA RALSTON, husband and wife; JOHN MCBRIDE and KASEY MCBRIDE, husband and wife; CAPITOL BUILDING COMPANY, LLC, an Idaho limited liability company; YELLOWSTONE HOMEOWNERS ASSOCIATION, INC., an Idaho Corporation' YELLOWSTONE, LLC, and Idaho limited liability company,<br><br>Defendants. | Case No. 09-CV-00326-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, the Plaintiff Sterling Savings Bank, by and through its counsel of record, Michael L. Loft, of the law firm of Witherspoon Kelley; and Defendants Larry W. Ralston, Katrina Ralston, Capitol Building Company, LLC, and Yellowstone, LLC, by and through their counsel of record, Trudy Hanson Fouser, of the law firm of Gjording & Fouser, PLLC, Defendants John McBride and Kasey McBride, by and through their attorneys of record, Joseph

STIPULATION FOR DISMISSAL WITH PREJUDICE -1-

M. Meier of Cosho Humphrey, LLP, and Defendant Yellowstone Homeowners Association, Inc., by and through its attorneys of record, Kimbell D. Gourley of Trout, Jones Gledhill, Fuhrman, Gourley, P.A. hereby stipulate and agree that the above-entitled cause and Third Amended Complaint For Fraudulent Conveyance, Money Due And Foreclosure of the Plaintiff against Defendants shall be dismissed with prejudice with each party to bear their own costs and attorney fees.

DATED this ___ day of October, 2010.

WITHERSPOON KELLEY

_____
Michael L. Loft
*Attorneys for Sterling Savings Bank*

DATED this ___ day of October, 2010.

TROUT, JONES, GLEDHILL, FUHRMAN,
& GOURLEY, P.A.

_____
Kimbell D. Gourley
*Attorneys for Yellowstone Homeowners Association, Inc*

DATED this ___ day of October, 2010.

COSHO HUMPHREY, LLP

_____
Joseph M. Meier
*Attorneys for John and Kasey McBride*

STIPULATION FOR DISMISSAL WITH PREJUDICE -2-

M. Meier of Cosho Humphrey, LLP, and Defendant Yellowstone Homeowners Association, Inc., by and through its attorneys of record, Kimbell D. Gourley of Trout, Jones Gledhill, Fuhrman, Gourley, P.A. hereby stipulate and agree that the above-entitled cause and Third Amended Complaint For Fraudulent Conveyance, Money Due And Foreclosure of the Plaintiff against Defendants shall be dismissed with prejudice with each party to bear their own costs and attorney fees.

DATED this 16th day of November, 2010.

WITHERSPOON KELLEY

for *(signature: Jennifer Simpson)*
Michael L. Doft
Attorneys for Sterling Savings Bank

DATED this ___ day of October, 2010.

TROUT, JONES, GLEDHILL, FUHRMAN, & GOURLEY, P.A.

_____
Kimbell D. Gourley
Attorneys for Yellowstone Homeowners Association, Inc

DATED this 6th day of October, 2010.

COSHO HUMPHREY, LLP

*(signature)*
Joseph M. Meier
Attorneys for John and Kasey McBride

STIPULATION FOR DISMISSAL WITH PREJUDICE -2-

DATED this ___ day of October, 2010.

GJORDING & FOUSER, PLLC

Trudy Hanson Fouser
*Attorneys for Defendants Larry W. Ralston, Katrina Ralston, Capitol Building Company, LLC, and Yellowstone, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __17__ day of Nov., 2010, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Michael L. Loft
Jennifer M. Simpson
WITHERSPOON KELLEY
422 W Riverside Ave Ste 1100
Spokane WA 99201
*Attorneys for Sterling Savings Bank*

[ ] Hand Delivery
[ ] Federal Express
[ ] Via Facsimile
[x] Via E-mail

Kimbell D. Gourley
TROUT, JONES, GLEDHILL, FUHRMAN, GOURLEY, P.A.
225 N 9th St Ste 820
PO Box 1097
Boise ID 83701
*Attorneys for Yellowstone Homeowners Association, Inc.*

[ ] Hand Delivery
[ ] Federal Express
[ ] Via Facsimile
[x] Via E-mail

Joseph M. Meier
COSHO HUMPHREY, LLP
800 Park blvd Ste 790
Boise ID 83712
*Attorneys for John and Kasey McBride*

[ ] Hand Delivery
[ ] Federal Express
[ ] Via Facsimile
[x] Via E-mail

Trudy Hanson Fouser